REDACTED

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06- 18 |
| | ) | |
| COREY WILSON, | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

## COUNT ONE

On or about August 5, 2005, in the State and District of Delaware, Corey Wilson, defendant herein, did knowingly possess in and affecting interstate commerce, a firearm, that is, an SWD pistol model M11/Nine, 9mm, serial number 89-0055937 and 55 rounds of 9mm ammunition, after having been convicted on or about November 7, 2001 of trafficking in cocaine in criminal action number IN01-01-2019, a crime punishable by imprisonment for a term exceeding one year, in the Superior Court of the State of Delaware in and for New Castle County, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

COLM F. CONNOLLY
UNITED STATES ATTORNEY

Ferris W. Wharton
Assistant United States Attorney

Dated: 2/28/06

FILED

FEB 28 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE