IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 06-18 |
| ) | |
| COREY WILSON ) | |

### MOTION AND ORDER FOR BENCH WARRANT

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Ferris W. Whartron, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Corey Wilson as a result of the Indictment returned against him on February 28, 2006.

COLM F. CONNOLLY
United States Attorney

By: _____
Ferris W. Wharton
Assistant United States Attorney

Dated: March 6, 2006

AND NOW, this __4__ day of __March__, 2006, upon the foregoing Motion, **IT IS ORDERED** that a warrant issue for the arrest and apprehension of Corey Wilson.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

FILED
MAR 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE