IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-18 |
| | ) | |
| COREY WILSON, | ) | |
| | ) | |
| Defendant. | ) | |

**PETITION FOR WRIT OF**
**HABEAS CORPUS AD PROSEQUENDUM**

Your Petitioner, the United States of America, by its attorneys, Colm Connolly, United States Attorney for the District of Delaware, and David L. Hall, Assistant United States Attorney for the District of Delaware, respectfully states:

1. On February 28, 2006, Corey Wilson, was indicted for Possession of a Firearm by a Felon, in violation of 18 U.S.C. § 922(g)(1).

2. Corey Wilson (d.o.b. 11/22/78) is currently a pretrial detainee on various State offenses. The defendant is detained at the Gander Hill Multi-Purpose Criminal Justice Facility, Wilmington, Delaware.

3. The defendant has not had an initial appearance in the District Court for the District of Delaware. A weekly schedule of Initial Appearances and Arraignments is scheduled for Thursday, October 26, 2006, at 1:00 p.m.

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ

of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to the Warden for Gander Hill Multi-Purpose Criminal Justice Facility, to bring the said defendant Corey Wilson before this Court on Thursday, October 26, 2006, at 1:00 p.m. for an Initial Appearance and to be returned to the Warden for Gander Hill Multi-Purpose Criminal Justice Facility after the Initial Appearance.

COLM F. CONNOLLY
United States Attorney

By: _____
David L. Hall
Assistant United States Attorney

Dated: October 17, 2006

**IT IS SO ORDERED** this _____ day of _____, 2006.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Court