IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>COREY WILSON<br>    Defendant. | §<br>§<br>§   CRIMINAL ACTION NO. 06-18-UNA<br>§<br>§<br>§<br>§ |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE,
      WARDEN OF THE HOWARD R. YOUNG CORRECTIONAL FACILITY,
      WILMINGTON, DELAWARE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **COREY WILSON** who is now detained and imprisoned in the HOWARD R. YOUNG CORRECTIONAL FACILITY and who is a defendant in the above-entitled cause, in which cause the said **COREY WILSON** was charged with a violation of 18 U.S.C. SECTION 922(g)(1) and 924(a)(2). The defendant is scheduled for an **INITIAL APPEARANCE on THURSDAY, OCTOBER 26, 2006** at **1:00 PM** and to be returned to the WARDEN of the Howard R. Young Correctional Facility after the initial appearance. And have you then and there this writ.

To the Marshal of the District of Delaware to execute.
WITNESS the Honorable Mary Pat Thynge, United States Magistrate Judge of the District Court of the United States for the District of Delaware, this 23rd day of October 2006.

                                            PETER T. DALLEO, CLERK

                                            By: _____
                                                       Deputy Clerk

FILED
OCT 2 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE