# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　　v.<br><br>COREY WILSON<br>　　　　Defendant. | §<br>§<br>§  CRIMINAL ACTION NO. 06-18-UNA<br>§<br>§<br>§<br>§ |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO: DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE, WARDEN OF THE HOWARD R. YOUNG CORRECTIONAL FACILITY, WILMINGTON, DELAWARE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **COREY WILSON** who is now detained and imprisoned in the HOWARD R. YOUNG CORRECTIONAL FACILITY and who is a defendant in the above-entitled cause, in which cause the said **COREY WILSON** was charged with a violation of 18 U.S.C. SECTION 922(g)(1) and 924(a)(2). The defendant is scheduled for an **INITIAL APPEARANCE on THURSDAY, OCTOBER 26, 2006** at **1:00 PM** and to be returned to the WARDEN of the Howard R. Young Correctional Facility after the initial appearance. And have you then and there this writ.

To the Marshal of the District of Delaware to execute. WITNESS the Honorable Mary Pat Thynge, United States Magistrate Judge of the District Court of the United States for the District of Delaware, this 23rd day of October 2006.

PETER T. DALLEO, CLERK

By: _____
　　　Deputy Clerk

CERTIFIED: 10/23/06
AS A TRUE COPY:
　　ATTEST:
PETER T. DALLEO, CLERK

BY _____
　　　Deputy Clerk

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 OCT 27

U. S. MARSHALS RETURN

I have personally executed this Writ by taking
custody of the within named _____Corey_____
____Wilson_____ and transported him/her to
_____JSDC_____

On __10/26/06__

DW Thomas
United States Marshal

By: _B Fahey_
Deputy Marshal

FILED
OCT 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE