UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
)  CASE NO. CR06-18-SLR
vs. )
COREY WILSON )
)
)
    Defendant. )

**O R D E R**

The defendant, upon entering a plea of not guilty to the Indictment on November 8, 2006 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until Jan 5, 2007. The time between the date of this order and January 5, 2007 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161, et seq.).

                                  Honorable Mary Pat Thynge
                                  U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney



FILED

NOV 8 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE