## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,        )
                                 )
                Plaintiff,       )
                                 )
        v.                       )        Criminal Action No. 06-18-SLR
                                 )
COREY WILSON,                    )
                                 )
                Defendant.       )

### NOTICE OF SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

**PLEASE** withdraw the appearance of David L. Hall as attorney of record for the United

States, and enter the appearance of Robert F. Kravetz, Assistant United States Attorney for the

District of Delaware, in the above-captioned case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: /s/ Robert F. Kravetz
     Robert F. Kravetz
     Assistant United States Attorney
     Nemours Building, Suite 700
     1007 Orange Street
     P.O. Box 2046
     Wilmington, DE 19899-2046
     302-573-6277, x133

Dated: November 30, 2006

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 6-18-SLR |
| | ) | |
| COREY WILSON, | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I, Robert F. Kravetz, Assistant United States Attorney for the District of Delaware, hereby

certify that on the 30th day of November 2006, I caused to be electronically filed a **Notice of**

**Substitution of Counsel and Entry of Appearance** with the Clerk of the Court. I further certify

that a copy of the foregoing was sent via U.S. mail to counsel of record as follows:

> Eleni Kousoulis, Esquire
> Assistant Federal Public Defender
> First Federal Plaza, Suite 110
> 704 King Street
> Wilmington, DE 19801

> /s/ Robert F. Kravetz
> Robert F. Kravetz
> Assistant United States Attorney