AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE

UNITED STATES OF AMERICA

V.

COREY WILSON

**WARRANT FOR ARREST**

Case Number: CR 06-18-UNA

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest _____ COREY WILSON _____
                                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [X] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with   (brief description of offense)

POSSESSION OF A FIREARM BY A FELON

in violation of Title ___18___ United States Code, Section(s) ___922(g)(1) and 924(a)(2)___

PETER T. DALLEO
Name of Issuing Officer

BY: [signature] Jerry Clerk
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

3/7/2006 at WILMINGTON, DE
Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

844 King St Wilm DE

DATE RECEIVED: 7-7-06
DATE OF ARREST: 10-26-06

NAME AND TITLE OF ARRESTING OFFICER: William Davis, DUSM

SIGNATURE OF ARRESTING OFFICER: [signature]

AO 442   (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____