IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim. No. 06-018-SLR |
| | ) | |
| COREY WILSON, | ) | |
| | ) | |
| Defendant. | ) | |

### O R D E R

At Wilmington this 4th day of September, 2007,

IT IS ORDERED that a telephonic status conference is scheduled for **Monday, September 17, 2007** at **4:00 p.m.**, with the court initiating said call.

_____
United States District Judge