IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : : : | |
| v. | : : | Criminal Action No. 06-18-SLR |
| COREY WILSON, | : : | |
| Defendant. | : | |

**MOTION FOR CONTINUANCE OF TELEPHONIC STATUS CONFERENCE**

The defendant, Corey Wilson, through undersigned counsel Eleni Kousoulis, hereby moves this Honorable Court for an Order continuing the telephonic status conference in this case. In support of this motion, the defense submits as follows:

1. A telephonic status conference in this matter is currently scheduled for September 17, 2007 at 4:00 p.m.

2. Defense counsel will be out of the office attending a conference from September 16, 2007 through September 19, 2007, and not returning to the office until September 20, 2007. Therefore, defense counsel will be unavailable on September 17, 2007, the date that Mr. Wilson's telephonic status conference is currently scheduled.

3. Defense counsel respectfully requests that Mr. Wilson's telephonic status conference be continued.

4. AUSA Robert Kravetz, the attorney handling this case for the government, has no objection to the defense's continuance request.

5. The defense agrees to waive the time from September 17, 2007, until the date of the continuance for purposes of the Speedy Trial Act (18 U.S.C. § 3161, et seq.).

6. Defense counsel spoke to the Court's chambers and was informed that the Court has available September 26, 2007, at 9:30 a.m., at which time to hold the telephonic status conference. All parties are available at that time.

**WHEREFORE**, for these reasons and any other such reasons that shall appear to the Court, the defense respectfully requests a continuance of telephonic status conference in this case to September 26, 2007 at 9:30 a.m.

Respectfully submitted,

 /s/
Eleni Kousoulis, Esquire
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, DE  19801
Counsel for Defendant Corey Wilson

Dated:  September 7, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-18-SLR |
| COREY WILSON, | : | |
| Defendant. | : | |

## **ORDER**

The Court having considered the Defendant's Motion for Continuance of Telephonic Status Conference, good cause having been shown therefore;

IT IS HEREBY ORDERED this _____ day of _____, 2007 that the defendant's motion is hereby granted, and the telephonic status conference in this case is rescheduled for the _____ day of _____ , 2007, and that the time from September 17, 2007 up to the rescheduled day of the telephonic status conference shall be excluded under the Speedy Trial Act (18 U.S.C. § 3161, et seq.).

_____
Honorable Sue L. Robinson
United States District Court