IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-18-SLR |
| | : | |
| COREY WILSON, | : | |
| | : | |
| Defendant. | : | |

### ORDER

The Court having considered the Defendant's Motion for Continuance of Telephonic Status Conference, good cause having been shown therefore;

IT IS HEREBY ORDERED this ___11th___ day of ___September___, 2007 that the defendant's motion is hereby granted, and the telephonic status conference in this case is rescheduled for the ___26th___ day of ___September___, 2007, @ 9:30 a.m. and that the time from September 17, 2007 up to the rescheduled day of the telephonic status conference shall be excluded under the Speedy Trial Act (18 U.S.C. § 3161, et seq.).

/s/ Sue L. Robinson
Honorable Sue L. Robinson
United States District Court