IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 06-018-SLR |
| COREY WILSON, | ) ) ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 12th day of October, 2007,

IT IS ORDERED that a telephonic status conference is scheduled for **Thursday, January 10, 2008** at **8:30 a.m.**, with the court initiating said call.

_____
United States District Judge