**LARRICK STAPLETON**
Attorney at Law
50 Rittenhouse Place
Ardmore, PA 19003-2276
Tel: (610) 649-8200      Fax: (610) 649-8362
Larrick.St@Verizon.net

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2008 JAN -7 PM 2:00

January 2, 2008

Keith Kincaid
Deputy Clerk
United States District Court
844 King Street
Lock Box 18
Wilmington, DE 19801

Re: United States v. Corey Wilson
No. CR-06-18

Dear Mr. Kincaid:

Many thanks for referring the above matter me as a member of the C.J.A. panel.

I am writing to confirm that I will accept representation in this matter and enclose a standard form of entry of appearance.

I will await receipt of the usual file documents. I gather there is no hearing presently scheduled. Could you also confirm if the defendant is in custody.

Yours truly,

Larrick Stapleton

Enc.


FILED
JAN 7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE