IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES             :

    v.                   :        CR. 06-18- SLR

COREY WILSON              :

**ENTRY OF APPEARANCE**

TO THE CLERK OF THE SAID COURT:

Kindly enter my appearance in the above matter on behalf of the Defendant Corey Wilson.

January 2, 2008

*(signature)*
Larrick Stapleton
50 Rittenhouse Place
Ardmore, Pa. 19003
610-649-8200

FILED
JAN 7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE