# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

**CHAMBERS OF**
**SUE L. ROBINSON**
**U.S. DISTRICT JUDGE**



**LOCKBOX 31**
**844 KING STREET**
**U.S. COURTHOUSE**
**WILMINGTON, DELAWARE 19801**
**302 573-6310**

March 4, 2008

Larrick Stapleton, Esquire
50 Rittenhouse Place
Ardmore, PA  19003-2276

### Re:  United States v. Wilson, Crim. No. 06-018-SLR

Mr. Stapleton:

    Enclosed is a copy of a filing sent by your client to Judge Robinson.  The filing will not be docketed by the Clerk's Office nor forwarded to the United States Attorney's Office.  Kindly advise your client that the court will not in the future review any correspondence from him so long as he is represented by counsel, unless the correspondence is forwarded to the court through counsel.

    Thank you for your cooperation.

Sincerely,

Maria G. Alvino
Attorney/Office Manager

w/ enclosure
w/o enclosure:  Clerk of Court