CR 06-18 SLR

Hello, I am writing this letter concerning the "AFFIDAVIT OF STATUS AND NOTICE OF TORT FOR WANT OF JURISDICTION" that I sent to the clerk of courts recently. Your office should of received it by now. I have had a copy hand delivered to both my judge and prosecutor. I need a copy of all of the affidavits that I have filed thus far in order to better my defense in this case. Also to make sure that my Affidavits are being docketed. If you are unable to send the copy of my affidavits, can you please send me a copy of my docket sheet up until thus far. My case number is: 06-18-SLR. My full name is COREY J. WILSON, birthdate 11-22-78. I would appreciate it very much!

Thanks for helping me out,



RECEIVED
APR 22 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE