# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | CRIMINAL ACTION NO. 06-18-SLR |
| v. | § | |
| | § | |
| COREY WILSON | § | SEALED UNSEALED |
| Defendant. | § | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE, WARDEN OF GANDER HILL MULTI-PURPOSE CRIMINAL JUSTICE FACILITY, WILMINGTON, DELAWARE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **COREY WILSON** who is now detained and imprisoned in the **GANDER HILL MULTI-PURPOSE CRIMINAL JUSTICE FACILITY** and who is a defendant in the above-entitled cause, in which cause the said **COREY WILSON** was charged with POSSESSION OF A FIREARM BY A CONVICTED FELON in violation of 18 U.S.C. SECTION 922(g)(1) for a **PROFFER MEETING ON TUESDAY, JANUARY 9, 2007 AT 1:00 PM** and for any other proceedings subsequent thereto, and to remain in the custody of the United States Marshal until the conclusion of the federal proceedings.

And have you then and there this writ.

To the Marshal of the District of Delaware to execute.

WITNESS the Honorable Mary Pat Thynge, Magistrate Judge of the District Court of the United States for the District of Delaware, this 8th day of January, 2007.

CERTIFIED: 1/8/07
AS A TRUE COPY:
ATTEST:
PETER T. DALLEO, CLERK
BY: _____
Deputy Clerk

PETER T. DALLEO, CLERK

By: _Evelle Watson_
Deputy Clerk