United States District Court for the ___ _____
District of Delaware
File Number **06-018-SLR**

Corey J. Wilson  )
               )
   v.      ) Notice of Appeal
United States  )

   Notice is hereby given that I, Corey J. Wilson, hereby appeal to the United States Court of Appeals for the 3rd Circuit from the final judgement of the United States District Court. Entered in this action on the 27 day of June, 2008.

"ucc i-308"

Corey J. Wilson, Propria Persona
P.O. Box 9561 Wilmington, Delaware
[Zip Code Exempt...]

2008 JUL -1 PM 2:08
FILED
CLERK U.S. DISTRICT COURT

38249

bwaw 19809/rDc

WILMINGTON DE 197

30 JUN 2008 PM 3 T



UNITED STATES District Court
844 King Street
Wilmington, Delaware State

1980143849