

Hello your Honor,

The reason I am writing is to ask a question. I sent out my notice of Appeal to the court (USDC) on the 29th of June. I have not recieved any type of reply as of yet. Does it usually take this long? I also sent a copy of the Notice to the US. Attorneys office. I did not try to contact Tarrick Stapleton, well you can guess that reason already. But if there is any thing you can help me out with I would appreciate it. I would love to hear from you.

Thank you very much,



WILMINGTON DE 197

07 AUG 2008 PM 3 T

LEGAL MAIL ONLY

Corey Wilson 338249
PO Box 9561
Wilmington, Delaware 19809 /T.D.C.

The Honorable Sue L. Robinson
United States District Court
844. King Street
Wilmington, Delaware State