IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COREY WILSON, )<br>)<br>Defendant. ) | Crim. No. 06-18-SLR |

**MEMORANDUM ORDER**

At Wilmington this 4th day of February, 2010, having considered defendant's motion to compel and the papers submitted in connection therewith;

IT IS ORDERED that said motion (D.I. 75) is denied without prejudice to renew for the reasons that follow:

1. On June 26, 2008, the court sentenced defendant to 56 months of imprisonment, which was imposed to be served concurrently to defendant's undischarged term of imprisonment in the Superior Court for the State of Delaware, in and for New Castle County.

2. On August 14, 2009, defendant moved to compel the Attorney General to grant credit for time previously served. (D.I. 75) Defendant avers that he should be entitled to time he was in state custody awaiting sentencing on his federal case (November 12, 2006 to June 26, 2008), pursuant to 18 U.S.C. § 3585(b)(1).

3. In *United States v. Wilson*, the Supreme Court held that the power to grant credit for prior custody is vested with the Attorney General of the United States which

has delegated that authority to the Bureau of Prisons ("BOP"). 503 U.S. 329, 334-35 (1992). According to the Court, the computation of the amount of time to credit begins once a defendant enters BOP custody. *Id.* at 305. There are federal regulations in place that afford "prisoners administrative review of the computation of their credits." *Id.* Moreover, after exhausting administrative remedies, prisoners can seek judicial review of computation of these credits. *Id.;* 28 C.F.R. §§ 542.10-542.16. Until administrative remedies are exhausted, the claim is not ripe. *United States v. Collazo-Aponte*, 216 F.3d 163, 205-06 (1st Cir.), *vacated on other grounds*, 532 U.S. 1036 (2001).

4. According to the Office of Probation and Pretrial Services, defendant is scheduled to enter custody of the BOP in, approximately, April, 2010; accordingly, his motion is not ripe for review.

                                                      /s/ Sue L. Robinson
                                                      United States District Judge